FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 9 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 00723 -BnB

MONTGOMERY CARL AKERS,
    Plaintiff,

v.

R. WILEY,
G. B. CHURCH,
WENDY HEIM,
CHRISTOPHER SYNSVOLL,
D. J. CRIST,
M. BOND,
JAMES KESZEI, and
CHRISTOPHER JOHNSON,
    Defendants.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

Plaintiff Montgomery Carl Akers has submitted to the Court *pro se* a "Motion for Leave to Commence Civil Action by the Plaintiff in the District of Colorado Per Order of This Court," a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and a "Prisoner Complaint." The Clerk of the Court will be directed to commence a civil action. For the reasons stated below, the action will be dismissed.

Mr. Akers is subject to a sanction order that restricts his ability to file *pro se* actions in this court. *See Akers v. Sandoval*, No. 94-B-2445 (D. Colo. June 20, 1995); *aff'd*, 100 F.3d 967 (10th Cir. 1996). In 94-B-2445, Mr. Akers was

> enjoined and prohibited from initiating any civil action in the
> United States District Court for the District of Colorado
> without representation by an attorney licensed to practice in
> the State of Colorado or duly admitted to practice in the

United States District Court for the District of Colorado
unless he first obtains leave of court to proceed pro se.

*Id.* at 3. Mr. Akers is not represented by an attorney. Although Mr. Akers has filed a motion seeking leave of court to proceed **pro se**, that motion will be denied.

The Court finds that the motion seeking leave to proceed **pro se** must be denied for three reasons. First, the motion seeking leave to proceed **pro se** must be denied because Mr. Akers' motion seeking leave to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915 is deficient. Mr. Akers did not submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint as required pursuant to 28 U.S.C. § 1915(a)(2).

The Court also finds that the motion seeking leave to proceed **pro se** must be denied because the complaint Mr. Akers submitted does not comply with the Federal Rules of Civil Procedure and the Court's local rules. Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, "[i]n the complaint the title of the action shall include the names of all the parties." Pursuant to Rule 10.1J. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, "[p]arties shall be listed in a caption with one party per line." Although Mr. Akers lists eight Defendants in the caption of the "Prisoner Complaint," he refers to additional Defendants in the body of the complaint who are not listed in the caption.

Finally, the Court finds that the motion seeking leave to proceed **pro se** must be denied because Mr. Akers failed to accurately complete the Court's Prisoner Complaint form. Section E of the Court's Prisoner Complaint form specifically asks whether the prisoner has filed any prior lawsuits while incarcerated and directs the prisoner to

2

provide certain information regarding each prior lawsuit. Mr. Akers lists only one prior lawsuit in response to this question. The Court's docketing records indicate that Mr. Akers has filed eight prior lawsuits in this Court, including four within the last year. In addition, the Court has searched the U.S. Party/Case Index in PACER (Public Access to Court Electronic Records), and discovered that Mr. Akers has filed a total of twelve civil actions in various federal district courts outside the District of Colorado. The Court's research also indicates that Mr. Akers was incarcerated when he filed most, if not all, of these prior lawsuits. As a result, the Court finds that the one case Mr. Akers listed in Section E of the Court's Prisoner Complaint form is not a complete and accurate response. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the "Motion for Permission to Commence Civil Action in the United States District Court, District of Colorado by the Plaintiff Montgomery Carl Akers in Pro Se" is denied. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that the "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" is denied as moot.

DATED at Denver, Colorado, this 8 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 00723

Montgomery Carl Akers
Reg. No. 02866-081
USP/ADX
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _4-9-08_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk