IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00723-ZLW

MONTGOMERY CARL AKERS,

    Plaintiff,

v.

R. WILEY,
G. B. CHURCH,
WENDY HEIM,
CHRISTOPHER SYNSVOLL,
D. J. CRIST,
M. BOND,
JAMES KESZEI, and
CHRISTOPHER JOHNSON,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2008

GREGORY C. LANGHAM
                  CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's request to withdraw his Notice of Appeal, which he makes in a letter to the Court filed on April 25, 2008, is DENIED without prejudice to the filing of a proper motion in the United States Court of Appeals for the Tenth Circuit.

Dated: May 7, 2008

Copies of this Minute Order mailed on May 7, 2008, to the following:

Montgomery Carl Akers
Reg. No. 02866-081
ADMAX - Florence
PO Box 8500
Florence, CO 81226

                                                Secretary/Deputy Clerk